UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,      )<br>                                       )<br>           Plaintiff,      )<br>                                       )<br>vs.                          )<br>                                       )<br>LEONARD JAMES SHOVE,        )<br>                                     )<br>           Defendant.     )<br>                                     ) | 2:05-cr-00416-RCJ-GWF-1<br><br>**ORDER** |

     Defendant has requested copies of all motions filed by the attorneys in this case, as well as several transcripts.  The Court grants the motion in part.

### CONCLUSION

     IT IS HEREBY ORDERED that the Motion for Documents (ECF No. 100) is GRANTED IN PART.  The Clerk shall mail to Defendant copies of Docket Nos. 7, 11, 26, and 55.  The Clerk shall also mail a copy of Form AO 435 - Transcript Order.

     IT IS SO ORDERED.

Dated this 9th day of January, 2015.

_____
ROBERT C. JONES
United States District Judge