## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEONARD JAMES SHOVE,<br><br>　　　　　Defendant. | Case No. 2:05-cr-00416-RCJ-GWF<br><br>**ORDER** |

　　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on June 27, 2023 at the hour of 2:00 p.m., be vacated and continued to July 28, 2023 at 2:00 p.m. in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

　　　DATED this 23rd day of June, 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE