# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>　　　　　　　Plaintiff, <br><br>　v. <br><br>LEONARD JAMES SHOVE, <br><br>　　　　　　　Defendant. | Case No. 2:05-cr-00416-RCJ-BNW <br><br> ORDER |

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled for July 28, 2023 at 2:00 p.m. be vacated and continued to __October 2, 2023__ at the hour of _2:00 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach._

DATED this __25th__ day of July 2023.

_____
UNITED STATES MAGISTRATE JUDGE

3