# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>LEONARD JAMES SHOVE,<br><br>               Defendant. | Case No. 2:05-cr-00416-RCJ-BNW<br><br>ORDER |

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled for October 2, 2023 at 2:00 p.m. be vacated and continued to November 3, 2023 at 10:00 am in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 21st day of September 2023.

_____
UNITED STATES MAGISTRATE JUDGE