JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
SUPRIYA PRASAD
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
supriya.prasad@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>LEONARD JAMES SHOVE,<br><br>          Defendant. | Case No. 2:05-cr-00416-JCM-BNW<br><br>STIPULATION TO CONTINUE REVOCATION HEARING<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between JASON M. FRIERSON, United States Attorney, and Supriya Prasad, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kebede and Rebecca Levy, Assistant Federal Public Defenders, counsel for Leonard James Shove, that the Revocation Hearing currently scheduled for November 13, 2023 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.  The defendant has been charged in an Indictment with conduct related to the underlying revocation petition. *See United States v. Leonard James Shove*, Case No. 2:23-cr-00195-CDS-BNW.

2. The parties need additional time to discuss a potential, global resolution.

3. Additionally, counsel for the government expects to be in trial on November 13, 2023 in *United States v. William Alvear*, Case No. 2:20-cr-229-CDS-VCF.

4. Defendant is incarcerated and does not object to a continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the third request for continuance filed herein.

Dated this 6th day of November, 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>United States Attorney |
| By: /s/ *Supriya Prasad*<br>SUPRIYA PRASAD<br>Assistant United States Attorney | By: /s/ *Aden Kebede*<br>ADEN KEBEDE<br>Assistant Federal Public Defender<br>Counsel for Defendant Leonard James Shove |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

LEONARD JAMES SHOVE,

        Defendant.

Case No. 2:05-cr-00416-JCM-BNW

ORDER

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled for November 13, 2023 at 10:00 a.m. be vacated and continued to **January 15, 2024, at 10:00 a.m.**

DATED November 6, 2023.

_____
THE HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE