JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JEAN N. RIPLEY
Assistant United States Attorney
STEVEN ROSE
Assistant United States Attorney
Nevada Bar Number 13575
United States Attorney's Office
501 South Las Vegas Blvd., Suite 1100
Las Vegas, Nevada 89101
Tel.: 702-388-6336
Jean.Ripley@usdoj.gov
Steven.Rose@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00416-JCM-BNW |
| Plaintiff, | **Stipulation to Continue Revocation Hearing** |
| v. | |
| LEONARD JAMES SHOVE, | **(Third Stipulation to Continue)** |
| Defendant. | |

Plaintiff United States of America, by and through its counsel, Jason M. Frierson, United States Attorney, and Jean N. Ripley, Assistant United States Attorney, and defendant Leonard James Shove, by and through his counsel, Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, hereby stipulate and agree to continue the revocation hearing currently scheduled for May 29, 2024, at 10:00 a.m., for a period of no less than ninety (90) days.

The parties enter this stipulation for the following reasons:

1. The defendant has been charged with a Criminal Indictment with conduct related to the underlying revocation petition.

2. Defense counsel is also on leave between May 24 and May 31, 2024.

3. The parties need additional time to investigate the case and consider whether resolution is possible, and additional time to prepare for a contested hearing if not.

4. The continuance is not sought for purposes of delay.

5. Mr. Shove is in custody and agrees to the continuance.

Respectfully submitted this 26th day of May, 2024.

| | |
|---|---|
| RENE VALLADARES | JASON M. FRIERSON |
| Federal Public Defender | United States Attorney |
| */s/ Aden Kahssai* | */s/ Jean N. Ripley* |
| ADEN KAHSSAI | JEAN N. RIPLEY |
| | STEVEN ROSE |
| Assistant Federal Public Defender | Assistant United States Attorney |
| *Counsel for Defendant Shove* | *Counsel for the United States* |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00416-JCM-BNW |
| Plaintiff, | **Order to Continue Revocation Hearing** |
| v. | |
| LEONARD JAMES SHOVE, | |
| Defendant. | |

Based on the stipulation of counsel, the Court finds that good cause exists to modify the revocation hearing currently scheduled for May 29, 2024, at 10:00 a.m., for a period of no less than ninety (90) days.

IT IS FURTHER ORDERED that the revocation hearing currently scheduled for May 29, 2024, at 10:00 a.m., is continued until **August 30, 2024, at 10:00 a.m.** Courtroom 6A.

DATED: May 28, 2024.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE