RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Leonard James Shove

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEONARD JAMES SHOVE,<br><br>　　　　Defendant. | Case No. 2:05-cr-00416-JCM-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Sixth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Leonard James Shove, that the Revocation Hearing currently scheduled on August 30, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred twenty (120) days.

　　　　This Stipulation is entered into for the following reasons:

1. The defendant has been charged in an Indictment with conduct related to the underlying revocation petition.[1] Trial in the new case is scheduled for December 16, 2024. An evidentiary hearing is also scheduled for September 3, 2024.

2. The parties need additional time to see the resolution of the new case before proceeding with the revocation hearing in this case.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the sixth request for continuance filed herein.

DATED this 1st day of August, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ *Aden Kahssai*<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By /s/ *Jean Ripley*<br>JEAN RIPLEY<br>Assistant United States Attorney |

---

[1] Case No. 2:23-cr-00195-CDS-BNW

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEONARD JAMES SHOVE,<br><br>　　　　Defendant. | Case No. 2:05-cr-00416-JCM-BNW<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on August 30, 2024 at the hour of 10:00 a.m., be vacated and continued to **January 3, 2025, at 10:00 a.m.**

　　DATED August 2, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE