RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ADEN KAHSSAI
Assistant Federal Public Defender
Nevada State Bar No. 15581
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Aden_Kahssai@fd.org

Attorney for Leonard James Shove

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LEONARD JAMES SHOVE,<br><br>　　　　　Defendant. | Case No. 2:05-cr-00416-JCM-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Seventh Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Aden Kahssai, Assistant Federal Public Defender, counsel for Leonard James Shove, that the Revocation Hearing currently scheduled on January 3, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than one hundred twenty (120) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The defendant has been charged in an Indictment with conduct related to the underlying revocation petition.[1] Trial in the new case is scheduled for April 7, 2025.

---

[1] Case No. 2:23-cr-00195-CDS-BNW

2. In the new case, the parties are in the process of filing objections to the Magistrate Judge's report and recommendation as to Mr. Shove's Motion to Suppress. The parties need additional time to see the resolution of those objections by the District Court.

3. The parties need additional time to see the resolution of the new case before proceeding with the revocation hearing in this case.

4. Defendant is incarcerated and consents to a continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the seventh request for continuance filed herein.

DATED this 30th day of December, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Aden Kahssai<br>ADEN KAHSSAI<br>Assistant Federal Public Defender | By /s/ Jean Ripley<br>JEAN RIPLEY<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00416-JCM-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| LEONARD JAMES SHOVE, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on January 3, 2025 at the hour of 10:00 a.m., be vacated and continued to May 5, 2025 at the hour of 10:00 a.m.

DATED December 30, 2024.

_____
UNITED STATES DISTRICT JUDGE