RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org
Attorney for Leonard James Shove

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:05-cr-00416-JCM-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Seventh Request) |
| LEONARD JAMES SHOVE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Leonard James Shove, that the Revocation Hearing currently scheduled on May 5, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. The defendant has been charged in an Indictment with conduct related to the underlying revocation petition.[1] A stipulation will also be filed in that case to continue the trial dates no sooner than mid-August 2025.

---

[1] Case No. 2:23-cr-00195-CDS-BNW

2. The parties need additional time to see the resolution of the new case before proceeding with the revocation hearing in this case.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the seventh request for continuance filed herein.

DATED this 17th day of April, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ Rebecca A. Levy<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | By /s/ Jean Ripley<br>JEAN RIPLEY<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LEONARD JAMES SHOVE,<br><br>        Defendant. | Case No. 2:05-cr-00416-JCM-BNW<br><br>**ORDER** |

     Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on May 5, 2025 at the hour of 10:00 a.m., be vacated and continued to **Monday, August 4, 2025** at the hour of **10:00 a.m.**

     DATED April 21, 2025.

                                                 _____
                                                 UNITED STATES DISTRICT JUDGE