RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Leonard James Shove

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>LEONARD JAMES SHOVE,<br><br>            Defendant. | Case No. 2:05-cr-00416-JCM-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Eighth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Leonard James Shove, that the Revocation Hearing currently scheduled on August 4, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

This Stipulation is entered into for the following reasons:

1. On June 16, 2025, Mr. Shove was convicted at a bench trial with Judge Silva of one count of receipt of child pornography and one count of possession of child pornography. *See* Case No. 2:23-cr-00195-CDS-BNW, ECF No. 85. The conduct underlying those convictions is related to the underlying revocation petition.

2. Sentencing before Judge Silva is currently set for September 2, 2025. The parties believe it would be beneficial for this Court to learn the sentence imposed by Judge Silva before determining the appropriate sentence to impose in this case.

3. Defendant is incarcerated and does not object to a continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the eighth request for continuance filed herein.

DATED July 24, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SIGAL CHATTAH<br>United States Attorney |
| By /s/ Joanne L. Diamond<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By /s/ Jean Ripley<br>JEAN RIPLEY<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEONARD JAMES SHOVE,<br><br>　　　　Defendant. | Case No. 2:05-cr-00416-JCM-BNW<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on August 4, 2025 at the hour of 10:00 a.m., be vacated and continued to **Monday, November 3, 2025,** at the hour of **10:30 a.m.**

　　DATED July 25, 2025.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE