RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOANNE L. DIAMOND
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joanne_Diamond@fd.org

Attorney for Leonard James Shove

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LEONARD JAMES SHOVE,<br><br>        Defendant. | Case No. 2:05-cr-00416-JCM-BNW<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Ninth Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Executive Assistant United States Attorney, and Daniel Schiess, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joanne L. Diamond, Assistant Federal Public Defender, counsel for Leonard James Shove, that the Revocation Hearing currently scheduled on November 3, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

This Stipulation is entered into for the following reasons:

1. On June 16, 2025, Mr. Shove was convicted at a bench trial with Judge Silva of one count of receipt of child pornography and one count of possession of child pornography.

*See* Case No. 2:23-cr-00195-CDS-BNW, ECF No. 85. The conduct underlying those convictions is related to the underlying revocation petition.

2. Sentencing before Judge Silva is currently set for November 4, 2025. The parties believe it would be beneficial for this Court to learn the sentence imposed by Judge Silva before determining the appropriate sentence to impose in this case.

3. The parties request that the revocation hearing be set for the week of November 10, if convenient to the Court, because of conflicts in government counsel's schedule in December.

4. Defendant is incarcerated and does not object to a continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the ninth request for continuance filed herein.

DATED October 22, 2025.

| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Executive Assistant United States Attorney |
|---|---|
| By */s/ Joanne L. Diamond*<br>JOANNE L. DIAMOND<br>Assistant Federal Public Defender | By */s/ Daniel Schiess*<br>DANIEL SCHIESS<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LEONARD JAMES SHOVE,<br><br>　　　　Defendant. | Case No. 2:05-cr-00416-JCM-BNW<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Revocation Hearing currently scheduled on November 3, 2025 at the hour of 10:30 a.m., be vacated and continued to **November 17, 2025 at the hour of 10:30 a.m.**

　　DATED  October 28, 2025.

_____
UNITED STATES DISTRICT JUDGE

3